```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 20-01747-RNO
Kevin John Alfano                                                   Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-5       User: AutoDocke           Page 1 of 2           Date Rcvd: Jul 17, 2020
                           Form ID: ntcnfhrg         Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2020.
db             +Kevin John Alfano,    496 Sheldon Rd.,    Susquehanna, PA 18847-8021
5333236        +Best Buy Credit Services,    PO Box 790441,    St. Louis, MO 63179-0441
5342897         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5333240        +Home Depot Credit Services,    PO Box 790328,    St Louis, MO 63179-0328
5338985        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5333242        +Joann Bentler Alfano,    496 Sheldon Rd.,    Susquehannam, PA 18847-8021
5342445        +Lakeview Loan Servicing LLC,    PO Box 840,    Buffalo, NY 14240-0840
5333246        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5333248        +M&T Bank,   P.O. Box 1508,    Buffalo, NY 14240-1508
5333249        +Midland Credit Management,    350 Camino De La Reina,    Suite 100,   San Diego, CA 92108-3007
5340901        +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
5333251        +Sears,   7920 NW 110th St,    Kansas City, MO 64153-1270
5333252         Sears Credit Cards,    P.O. Box 6283,    Sioux Falls, SD 57117-6283
5333253        +Sears Credit Cards,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
5333254        +Southwest Energy Company,    10000 Energy Drive,    Spring, TX 77389-4954
5333904        +U.S. Department of Housing and Urban Development,    100 Penn Square East 11th Floor,
                 Philadelphia, PA 19107-3325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2020 20:31:32
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5333237        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2020 19:38:32      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
5337183        +E-mail/Text: bankruptcy@cavps.com Jul 17 2020 19:32:29      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5333238         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2020 19:32:24
                 Comenity Bank/Legendary Pine,    Bankruptcy Department,    P.O. Box 182125,
                 Columbus, OH 43218-2125
5333239        +E-mail/Text: hannlegal@hannfinancial.com Jul 17 2020 19:32:23      Hann Financial Service Corp.,
                 One Centre Drive,    Jamesburg, NJ 08831-1564
5333241         E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 17 2020 19:32:22      Internal Revenue Service,
                 Special Procedures Branch,    PO Box 7346,    Philadelphia, PA 19101-7346
5333243         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 17 2020 19:38:32      JPMCB Card Services,
                 P.O. Box 15298,    Wilmington, DE 19850
5333245         E-mail/Text: bncnotices@becket-lee.com Jul 17 2020 19:32:20      Kohl's,    P.O. Box 3004,
                 Milwaukee, WI 53201-3004
5333247         E-mail/Text: camanagement@mtb.com Jul 17 2020 19:32:23      M&T Bank,
                 Lending Services, Customer Support,    P.O. Box 1288,    Buffalo, NY 14240-1288
5333250        +E-mail/Text: bankruptcynotices@psecu.com Jul 17 2020 19:32:32      PSECU,    1 Credit Union Place,
                 Harrisburg, PA 17110-2912
5333514        +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2020 19:38:20      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5333255         E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2020 19:38:45      Synchrony Bank/Amazon.com,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
5333256         E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2020 19:38:20      Synchrony Bank/Car Care,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
5333257         E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2020 19:38:20      Synchrony Bank/Lowes,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5333244*       +Kevin John Alfano,    496 Sheldon Rd.,    Susquehanna, PA 18847-8021
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020                                   Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2020 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
          Tullio  DeLuca    on behalf of Debtor 1 Kevin John Alfano tullio.deluca@verizon.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                   TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| :--- | :--- | :--- |
| Kevin John Alfano,<br>aka Kevin J. Alfano, aka Kevin Alfano, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:20−bk−01747−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **August 12, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: August 19, 2020<br>Time: 09:30 AM |
| :--- | :--- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JenniferMiscevich, Deputy Clerk |
| :--- | :--- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 17, 2020 |

ntcnfhrg (03/18)