| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Kevin John Alfano |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of PA |
| Case number | 20-01747 MJC |

Form 4100R

# Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Lakeview Loan Servicing LLC

**Court claim no. (if known):** 8-1

**Last 4 digits** of any number you use to identify the debtor's account: 7130

**Property address:**
496 Sheldon Road
Susquehanna, PA 18847

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    07 / 01 / 2023

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.  Total postpetition ongoing payments due:    (a)    $ _____
b.  Total fees, charges, expenses, escrow, and costs outstanding:    + (b)    $ _____
c.  **Total.** Add lines a and b.    (c)    $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Form 4100R                Response to Notice of Final Cure Payment                page 1

Case 5:20-bk-01747-MJC   Doc 40   Filed 06/28/23   Entered 06/28/23 13:52:01   Desc
Document ID: 80cebd9253b53c7aef42b898d95541a0c4a8f4b6ecca8dc20f8f14bbcc65c6f6
Main Document   Page 1 of 3

# Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

# Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Michael Farrington*   Date   06/27/2023
Michael Farrington
27 Jun 2023, 23:17:54, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R   Response to Notice of Final Cure Payment   page 2

Case 5:20-bk-01747-MJC   Doc 40   Filed 06/28/23   Entered 06/28/23 13:52:01   Desc
Document ID: 80cebd9253b53c7aef42b898d95541a0c4a8f4b6ecca8dc20f8f14bbcc65c6f6
Main Document   Page 2 of 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Kevin John Alfano aka Kevin J. Alfano aka Kevin Alfano**<br>　　　　　　　　　**Debtor(s)** | **BK NO. 20-01747 MJC**<br><br>**Chapter 13** |
| **Lakeview Loan Servicing LLC**<br>　　　　　　　　　**Movant**<br>　　vs.<br><br>**Kevin John Alfano aka Kevin J. Alfano aka Kevin Alfano**<br>　　　　　　　　　**Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>　　　　　　　　　**Trustee** | **Related to Claim No. 8-1** |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>June 28, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Kevin John Alfano aka Kevin J. Alfano aka Kevin Alfano
496 Sheldon Road
Susquehanna, PA 18847

Attorney for Debtor(s) (via ECF)
Tullio DeLuca, Esq.
381 N. 9th Street
Scranton, PA 18504

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: <u>June 28, 2023</u>

　　　　　　　　　　　　　　　　　　　　*/s/ Michael P. Farrington*
　　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com