IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kevin John Alfano aka Kevin J. Alfano aka Kevin Alfano<br>**Debtor(s)**<br><br>**Lakeview Loan Servicing LLC**<br>**Movant**<br>vs.<br><br>**Kevin John Alfano aka Kevin J. Alfano aka Kevin Alfano**<br>**Debtor(s)**<br><br>**Jack N. Zaharopoulos,**<br>**Trustee** | BK NO. 20-01747 MJC<br><br>Chapter 13<br><br>Related to Claim No. 8 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 15, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Kevin John Alfano aka Kevin J. Alfano aka Kevin Alfano
496 Sheldon Road
Susquehanna, PA 18847

<u>Attorney for Debtor(s)</u>
Tullio DeLuca, Esq.
381 N. 9th Street (VIA ECF)
Scranton, PA 18504

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>November 15, 2022</u>

**/s/Michael P. Farrington Esq.**
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com